# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

C.I. SACEITES, S.A.

    Plaintiff

    v.

ANTONIO FERNANDEZ-PARDO, et. al.

    Defendants

CIVIL **NO.** 07-1083 (GAG)

## ORDER

The unopposed Report and Recommendation (Docket No. 12) is hereby adopted. The parties shall file a <u>Joint</u>, proposed pretrial order on or before **December 31, 2007**. A trial date shall be set for late January or February, 2008, once the pretrial order is duly filed. If the parties want a date certain suitable to all, they should consider consenting the trial before the Magistrate-Judge.

**SO ORDERED.**

In San Juan, Puerto Rico this 10th day of December , 2007.

*S/ Gustavo A. Gelpi*
GUSTAVO A. GELPI
United States District Judge